IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
7:23-CV-1311-M-RN

| | |
|---|---|
| CLAUDE BEHRENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING MOTION TO** |
| v. ) | **SUBSTITUTE PARTY** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on movant Kevin Martens's unopposed motion to substitute Kevin Martens, as Personal Representative of the Estate of Claude Behrens, in lieu of the deceased Claude Behrens, and to amend the caption in this action to reflect the requested substitution ("Motion"). [D.E. 12]. Pursuant to Fed R. Civ. P. 25(a)(1), the court GRANTS the Motion.

The court directs the Clerk of Court to modify the caption of this proceeding to substitute for the deceased Plaintiff: "Kevin Martens, as Personal Representative of the Estate of Claude Behrens."

SO ORDERED. This 27th day of June, 2024.

RICHARD E. MYERS II
Chief United States District Judge